IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CLEAR WITH COMPUTERS, LLC, <br>     Plaintiff, <br> v. <br> HARDI NORTH AMERICA INC., <br>     Defendant. | ) <br> ) <br> ) Civil Action No. 6:14-cv-83-LED <br> ) <br> ) <br> ) <br> ) <br> ) |

## **JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff Clear With Computers, LLC and defendant HARDI North America, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated June 22, 2014, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| */s/Andrew W. Spangler* | */s/Steven M. Lubezny* |
| Andrew W. Spangler TX SB #24041960 | Kelly D. Hine TX SB #24002290 |
|     spangler@spanglerlawpc.com |     khine@perkinscoie.com |
| Spangler Law P.C. | Perkins Coie LLP |
| 208 N. Green Street, Suite 300 | 2001 Ross Avenue, Suite 4225 |
| Longview, TX 75601 | Dallas, TX 75201-2911 |
| Telephone: (903) 753-9300 | Telephone: (214) 965-7700 |
| Facsimile: (903) 553-0403 | Facsimile: (214) 965-7799 |
| | |
| Stamatios Stamoulis DE SB #4606 | Timothy J. Carroll IL SB #6269515 |
|     stamoulis@swdelaw.com |     tcarroll@perkinscoie.com |
| Richard C. Weinblatt DE SB #5080 | Steven M. Lubezny IL SB #6275394 |
|     weinblatt@swdelaw.com |     slubenzy@perkinscoie.com |
| Stamoulis & Weinblatt LLC | Perkins Coie LLP |
| Two Fox Point Centre | 131 South Dearborn Street, Suite 1700 |
| 6 Denny Road, Suite 307 | Chicago, Illinois 60603-5559 |
| Wilmington, DE 19809 | Telephone: (312) 324-8400 |
| Telephone: (302) 999-1540 | Facsimile: (312) 324-9400 |
| Facsimile: (302) 762-1688 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *HARDI North America, Inc.* |
| *Clear With Computers, LLC* | |

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 11th day of July, 2014 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Andrew W. Spangler*
Andrew W. Spangler