IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CLEAR WITH COMPUTERS, LLC, </br> Plaintiff, </br></br> v. </br></br> HARDI NORTH AMERICA INC., </br> Defendant. | ) </br> ) </br> ) Civil Action No. 6:14-cv-83-LED </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Joint Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Clear With Computers, LLC and defendant HARDI North America, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Clear With Computers, LLC and defendant HARDI North America, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated June 22, 2014.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

So ORDERED and SIGNED this 14th day of July, 2014.



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**